# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-3042 MWF (GJSx)** | Date: May 27, 2021 |
| Title | **Anthony Bouyer v. A.O.P.N. Corp., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 7, 2021. (Docket No. 1). On April 12, 2021, the Court filed a Notice to Parties Re ADA Disability Access Litigation ("ADA Packet"). (Docket No. 10). On May 12, 2021, Plaintiff filed three Proofs of Service ("POS") of the Summons, Complaint and other case-initiating documents, reflecting personal service on Defendant Leeann Holmes on April 27, 2021, and substituted service on Defendants Bruce W.S. Holmes on May 4, 2021, and A.O.P.N. Corp. on April 27, 2021. (Docket Nos. 14-15).

The Court has reviewed the POS and finds all three are deficient. Plaintiff was ordered to serve the ADA Packet at the same time that the Summons and Complaint were served, if possible. None of the POS includes service of the ADA Packet, as required by the ADA Packet Notice.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 11, 2021**.

- ■ BY PLAINTIFF: PROOFS OF SERVICE of the ADA Packet on all Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-3042 MWF (GJSx)** | Date: May 27, 2021 |
| Title | **Anthony Bouyer v. A.O.P.N. Corp., et al.** | |

Plaintiff should not pursue or file applications for the Clerk to enter default absent proper proofs of service of the ADA Packet.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **June 11, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm