Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>A.O.P.N CORP., a California corporation; BRUCE W.S. HOLMES and LEEANN HOLMES, individually and as trustees of THE HOLMES FAMILY TRUST U.T.A. DATED AUGUST 22, 2013; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03042-MWF-GJSx<br><br>**Request for Entry of Default** |

1
2
3     TO: THE CLERK OF THE ABOVE-ENTITLED COURT

4     Plaintiff **ANTHONY BOUYER** hereby requests that the Clerk of the
above-entitled Court enter default in this matter against defendant **A.O.P.N CORP., a California corporation** on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **A.O.P.N CORP., a California corporation,** on 4/27/2021 evidenced by the proof of service of summons on file with this Court.

Dated: June 8, 2021

                       By:  */s/Joseph R. Manning*
                               Joseph R. Manning, Jr., Esq.
                               **MANNING LAW, APC**
                               Attorney for Plaintiff