Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>A.O.P.N CORP., a California corporation; BRUCE W.S. HOLMES and LEEANN HOLMES, individually and as trustees of THE HOLMES FAMILY TRUST U.T.A. DATED AUGUST 22, 2013; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-03042-MWF-GJSx<br><br>**Declaration of Joseph R. Manning, Jr. RE Request for Entry of Default** |

DECLARATION
1

1. I, The undersigned, an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff ANTHONY BOUYER, and, in that capacity, I am familiar with this matter.

2. We have received no answer or other responsive pleading to the Complaint that was served on Defendant A.O.P.N CORP., a California corporation on 4/27/2021 via Substituted service. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 8, 2021

By:   /s/Joseph R. Manning, Jr.

Joseph R. Manning, Jr., Esq.
**MANNING LAW, APC**

Attorney for Plaintiff

DECLARATION
2