# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 20062 S W Birch St., Suite 200, Newport Beach, CA 92660.

On 6/8/2021 I served the true copies of the foregoing document described as:

**Request for Entry of Default**

**Declaration of Joseph R. Manning, Jr. RE Request for Entry of Default**

on the interested parties in this action, addressed as follows, **Served by Mail via Postal Service:**

A.O.P.N CORP., a California corporation
Alireza Nejad Zolfaghari Mon-Agent for Service
201 S Glenoaks Blvd
Burbank, CA 91502

[X] By United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California.

[] BY Electronic Mail. I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best of my knowledge, the transmission was reported as complete and no error was reported that it was not completed.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on June 8, 2021.

_____
Marilyn Sanchez